# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC.<br><br>　　　　　　　Plaintiff,<br>　v.<br>UNITED STATES<br>　　　　　　　Defendant. | No. 19-331 C<br><br>(Judge _____) |

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, Plaintiff Continental Service Group, Inc., through undersigned counsel, represents that this bid protest is related to *Navient Solutions, LLC, et al. v. USA*, No. 18-1679C, and *FMS Investment Corp. v. USA*, No. 19-308, both under Judge Thomas C. Wheeler.

Dated: March 4, 2019

Of Counsel:

Richard B. Oliver
J. Matthew Carter
Aaron S. Ralph
Kevin R. Massoudi
**PILLSBURY WINTHROP
SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7102
(213) 629-1033 (fax)
richard.oliver@pillsburylaw.com
matt.carter@pillsburylaw.com
aaron.ralph@pillsburylaw.com
kevin.massoudi@pillsburylaw.com

Respectfully submitted,

/s/ Todd J. Canni
Todd J. Canni
**PILLSBURY WINTHROP
SHAW PITTMAN LLP**
725 South Figueroa Street,
Suite 2800
Los Angeles, CA 90017-5406
(202) 384-6223
(213) 629-1033 (fax)
todd.canni@pillsburylaw.com

*Attorney of Record for
Continental Service Group, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system on this 4th day of March, 2019.

/s/ Todd J. Canni
Todd J. Canni
